

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                :
                                         :
     Plaintiff,                         : Cr.No. 07- 72- UNA
                                         :
     v.                                 :
                                         :
LAZARUS MARKUS WILLIAMS,                  :
                                         :
     Defendant.                         :

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

    The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed because the defendant remains at large.

                         COLM F. CONNOLLY
                         United States Attorney

         By: _____
                         Shannon T. Hanson
                         Assistant United States Attorney

Dated:

    **AND NOW**, to wit, this _22_ day of _May_____, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further order of the court.

```
F I L E D

MAY 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

_____
Honorable Mary Pat Thynge
United States Magistrate Judge