IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-72-UNA |
| | ) | |
| LAZARUS MARKUS WILLIAMS, aka | ) | REDACTED |
| LAZARUS M. WILLIAM | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about October 9, 2006, in the District of Delaware, Lazarus Markus Williams (a/k/a "Lazarus M. William"), defendant herein, in connection with the attempted acquisition of a firearm, to wit, a 9 mm Lorcin semiautomatic pistol, serial number L057973, from a federally-licensed dealer, Miller's Gun Center, Inc., New Castle, Delaware, did knowingly make a false statement intended and likely to deceive the federally-licensed dealer with respect to a fact material to the lawfulness of the sale of the firearm, to wit, in response to question 11(c) "Have you ever been convicted in any court for a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?" the defendant answered "no" when, in truth and in fact as the defendant then and there well knew, he had been convicted in the Superior Court of Delaware in and for New Castle County on or about June 20, 2005 of a crime punishable by a term of imprisonment exceeding



FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

one year, all in violation of Title 18, United States Code, Section 922(a)(6) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 22, 2007