IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 07- 72-UNA |
| v. | ) |
| LAZARUS MARKUS WILLIAMS, | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Lazarus Markus Williams as a result of the Indictment returned against him on May 22, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 22, 2007

**AND NOW**, this __22__ day of __May__, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Lazarus Markus Williams.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAY 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE