IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : CR No. 07- 72- UNA |
| v. | : |
| LAZARUS MARKUS WILLIAMS, | : |
| Defendant. | : |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed because the defendant remains at large.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated:

AND NOW, to wit, this __22__ day of __May__, 2007, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until further order of the court.

FILED
MAY 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge