AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

UNITED STATES OF AMERICA

V.

LAZARUS MARKUS WILLIAMS

**WARRANT FOR ARREST**

Case Number: CR 07-72-UNA

~~SEALED~~ UNSEALED 6/27/07 KJTL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LAZARUS MARKUS WILLIAMS**
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

MAKING A FALSE STATEMENT IN AN ATTEMPTED ACQUISITION OF A FIREARM

in violation of Title __18__ United States Code, Section(s) __922(a)(6) and 924(a)(2)__

PETER T. DALLEO                          BY: _[signature]_ DEPUTY CLERK
Name of Issuing Officer                  Signature of Issuing Officer

CLERK OF COURT                           MAY 23, 2007 at WILMINGTON, DE
Title of Issuing Officer                 Date and Location

FILED JUN 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Lazarus Markus Williams

DATE RECEIVED: 5/23/07
DATE OF ARREST: 6/27/07

NAME AND TITLE OF ARRESTING OFFICER: Toby M. Conrad  DUSM

SIGNATURE OF ARRESTING OFFICER: _[signature]_