## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 07-72-GMS** |
| | ) | |
| **LAZARUS MARKUS WILLIAMS, aka** | ) | |
| **LAZARUS M. WILLIAM,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING CONFERENCE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for

the District of Delaware, hereby moves the Court to schedule a conference for the purpose of scheduling

trial in the above-captioned matter and for its reasons states as follows:

(1) On May 22, 2007, the defendant was charged in a one-count Indictment with making a false

statement to a federal licensed firearms dealer in the attempted acquisition of a firearm, in violation of

18 U.S.C. Sections 922(a)(6) and 924(a)(2). *See Docket Item ("D.I.") 3.*

(2) By Order dated July 26, 2007, Magistrate Judge Mary Pat Thynge set August 17, 2007 as the

deadline for pre-trial motions in this matter. *D.I. 10.* Time between the date of the Order and August

17, 2007 was excluded in the interests of justice. *Id.*

(3) To date, no motions have been filed. Accordingly, the government respectfully requests this Court schedule a conference for the purpose of setting a trial date in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated:   August 20, 2007

* * * * * *

**AND NOW,** this _____ day of _____, 2007, upon the foregoing Motion, it is

**ORDERED** that a scheduling conference in the above-captioned matter be set for _____ at _____ to be held in the Court's chambers.   Because this conference is for scheduling purposes only, the defendant need not be present.

_____
Honorable Gregory M. Sleet
United States District Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Criminal Action No.  07-72-GMS** |
| | ) | |
| **LAZARUS MARKUS WILLIAMS, aka** | ) | |
| **LAZARUS M. WILLIAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District

of Delaware, hereby certify that on the 20th day of August, 2007, I caused to be filed a Motion

For Scheduling Conference with the Clerk of Court.  I further certify that a copy of the foregoing

was mailed via First Class Mail to counsel of record as follows:

> Edson Bostic, Esquire
> Federal Public Defender
> First Federal Plaza
> 704 King Street, Suite 110
> Wilmington, DE 19801

Marie Steel
Legal Assistant