IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-72-GMS |
| | ) | |
| LAZARUS MARKUS WILLIAMS, aka | ) | |
| LAZARUS M. WILLIAM, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR SCHEDULING CONFERENCE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, hereby moves the Court to schedule a conference for the purpose of scheduling trial in the above-captioned matter and for its reasons states as follows:

(1) On May 22, 2007, the defendant was charged in a one-count Indictment with making a false statement to a federal licensed firearms dealer in the attempted acquisition of a firearm, in violation of 18 U.S.C. Sections 922(a)(6) and 924(a)(2). *See Docket Item ("D.I.") 3.*

(2) By Order dated July 26, 2007, Magistrate Judge Mary Pat Thynge set August 17, 2007 as the deadline for pre-trial motions in this matter. *D.I. 10.* Time between the date of the Order and August 17, 2007 was excluded in the interests of justice. *Id.*

(3) To date, no motions have been filed. Accordingly, the government respectfully requests this Court schedule a conference for the purpose of setting a trial date in this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 20, 2007

\* \* \* \* \* \*

AND NOW, this 23rd day of August, 2007, upon the foregoing Motion, it is

ORDERED that a scheduling conference in the above-captioned matter be set for September 14, 2007 at 9:00 am to be held in the Court's chambers. Because this conference is for scheduling purposes only, the defendant need not be present.

_____
Honorable Gregory M. Sleet
United States District Judge

FILED

AUG 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE