IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-72-GMS |
| | : | |
| LAZARUS MARKUS WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING**

Defendant, Lazarus Markus Williams, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Williams avers as follows:

1. On or about September 14, 2007, Mr. Williams appeared before this Court and plead guilty to Count I of the Indictment charging him with, knowingly making a false statement intended and likely to deceive federally-licensed firearms dealer, in violation of Title18 U.S.C. § 922(a)(6). Sentencing is currently set for December 11, 2007.

2. It has been brought to Counsel's attention that a relatively minor traffic court case has inadvertently effected Mr. Williams' Criminal History points.

3. Mr. Williams anticipates that this matter will be resolved, in his favor, in the very near future, and, therefore, may not impact his Criminal History points.

5. Accordingly, Mr. Williams respectfully requests a brief continuance of the Sentencing Hearing.

6.  The government and the probation department have been informed of this request, and do not object to a continuance.

**WHEREFORE,** the Defendant, Lazarus Markus Williams, respectfully requests that this Court issue an Order continuing the Sentencing Hearing .

                              Respectfully submitted,

                              ___/s_____
                              Luis A. Ortiz, Esquire
                              Assistant Federal Public Defender
                              One Customs House
                              704 King Street, Suite 110
                              Wilmington, DE  19801
                              (302) 573-6010
                              ecf_de@msn.com

                              Attorney for Lazarus Markus Williams

Dated: December 5, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-72-GMS |
| LAZARUS MARKUS WILLIAMS, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that Defendant Williams' Sentencing Hearing shall be on the _____ day of _____, 2007/2008, at _____ a.m./p.m.

 

 

                                                 Honorable Gregory M. Sleet
                                                 Chief Judge, United States District Court