IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-72-GMS |
| LAZARUS MARKUS WILLIAMS, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __10TH__ day of __Dec__, 2007, that Defendant Williams' Sentencing Hearing shall be on the __11th__ day of __January__, 2007/2008, at __9:30__ a.m./p.m.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court