IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-72-GMS |
| LAZARUS MARKUS WILLIAMS, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**
**OF SENTENCING HEARING**

Defendant, Lazarus Markus Williams, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Williams avers as follows:

1. On or about September 14, 2007, Mr. Williams appeared before this Court and pled guilty to Count I of the Indictment charging him with, knowingly making a false statement intended and likely to deceive federally-licensed firearms dealer, in violation of Title18 U.S.C. § 922(a)(6). Sentencing is currently set for January 11, 2008.

2. It has previously been brought to counsel's and this Court's attention that a relatively minor traffic court case has inadvertently effected Mr. Williams' Criminal History points.

3. Mr. Williams has filed a motion to withdraw his plea and it is hoped that due to on-going negotiations in the Delaware state courts, that this matter will be resolved in his favor. Lazarus Williams has been given a court date in the Court of Common Pleas of January 15, 2008.

4.	Accordingly, Mr. Williams respectfully requests a 30 day continuance of the Sentencing Hearing in order to resolve his situation in the Delaware state courts.

5.	The government and the probation department have been informed of this request, and do not object to a continuance.

**WHEREFORE,** the Defendant, Lazarus Markus Williams, respectfully requests that this Court issue an Order continuing the Sentencing Hearing.

Respectfully submitted,

\_\_\_/s_____
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Lazarus Markus Williams

Dated: January 3, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-72-GMS |
| LAZARUS MARKUS WILLIAMS, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Williams' Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

　
　
Honorable Gregory M. Sleet
Chief Judge, United States District Court