IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-72-GMS |
| LAZARUS MARKUS WILLIAMS, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this **7th** day of **Jan.**, 2008, that Defendant Williams' Sentencing Hearing shall be on the **5th** day of **February** 2008, at **2:00** a.m./p.m.

Honorable Gregory M. Sleet
Chief Judge, United States District Court



FILED
JAN - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE